An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES SAAVEDRA,
                Appellant,

vs.

PATRICIA SAAVEDRA,
                Respondent.

No. 64019

**FILED**

FEB 1 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S Young
      DEPUTY CLERK

### ORDER DISMISSING APPEAL

The parties have filed a stipulation to dismiss this appeal. We approve the stipulation and hereby dismiss this appeal. As provided in the stipulation, each party shall bear their own costs and fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. Cynthia Dianne Steel, District Judge, Family Court Division
       Carolyn Worrell, Settlement Judge
       Pecos Law Group
       Kainen Law Group
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-04461